

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00263-CV

**IN THE INTEREST OF X.E.R.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02538
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant.

SIGNED October 31, 2018.

_____
Rebeca C. Martinez, Justice